AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HENRY SCOTT, IV,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 1:25-cv-00305

UNITED STATES DEPARTMENT OF THE ARMY;
DANIEL P. DRISCOLL, Secretary of the Army; and
DEFENSE HEALTH AGENCY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order signed April 29, 2026, Defendants' Motion to Dismiss is granted.

The Court does not have subject matter jurisdiction over Plaintiff's claims and Plaintiff has failed to

exhaust his administrative remedies .  This case stands closed.



4/29/2026
_Date_

John E. Triplett, Clerk of Court
_Clerk_

_(By) Ann Duke, Deputy Clerk_

GAS Rev 10/2020